# Court of Appeals
# of the State of Georgia

ATLANTA,  October 20, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0303. JOHNNY BRYANT v. BOBBIE J. BRYANT.**

Following the death of her husband, Bobbie J. Bryant petitioned the probate court for a year's support. The matter was ultimately appealed to the superior court,[1] and on June 30, 2023, the superior court issued a final order awarding Bobbie a year's support. Johnny Bryant, the adult son of the decedent, filed a motion for reconsideration, which the superior court denied on August 14, 2023. Johnny filed this appeal on August 25, 2023. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of an appealable order or judgment. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). Here, Johnny filed his notice of appeal 56 days after entry of the superior court's final order. Although he filed a motion for reconsideration, motions for reconsideration do not extend the time for filing an appeal from the underlying decision, and an order resolving the motion for reconsideration is not itself a directly appealable judgment. See *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646

---

[1] See OCGA §§ 5-3-4 (a); 15-9-120 (2) (providing for appeals from certain probate court cases to superior courts).

SE2d 65) (2007); *Bell v. Cohran*, 244 Ga. App. 510, 510 (536 SE2d 187) (2000). For these reasons, we lack jurisdiction to entertain this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/20/2023__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*